**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-10685

JULIE DEFFENBAUGH WILLIAMS,

Plaintiff - Appellee-Cross-Appellant,

versus

WAL-MART STORES, INC., ET AL.,

Defendants,

WAL-MART STORES, INC.,

Defendant - Appellant-Cross-Appellee.

Appeals from the United States District Court
for the Northern District of Texas

July 22, 1999

Before POLITZ, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER, and DENNIS, Circuit Judges.[*]

PER CURIAM:

The en banc court reinstates the panel opinion, except for Part II C relating to punitive damages, and remands this matter to the panel for appropriate disposition of the punitive damages issue in light of the intervening decision in **Kolstad v. American Dental Ass'n, 119 S.Ct. 2118 (1999).**

---

[*]Carolyn Dineen King, Chief Judge, is recused.